UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENDRA D. LYLES,

    Plaintiff,

v.

                                    Case No. 3:05-CV-150-J-25HTS

JOHN E. POTTER,

    Defendant.
_____/

## ORDER

This Case is before the Court on the Honorable Howard T. Snyder's report and recommendation, entered on April 15, 2005 (Dkt. 10) which Plaintiff filed a response thereto. This Court entered an Order taking the Report and Recommendation under advisement on April 22, 2004 (Dkt. 12). That Order also directed Plaintiff to file a Second Amended Complaint. The Court notes that Plaintiff has filed a response to the April 22, 2004 Order that has been docketed as a Second Amended Complaint. Upon consideration, the Court finds as follows:

The Report and Recommendation found that Plaintiff's Amended Complaint should be dismissed for failure to prosecute and proffer sufficient facts to base her claims. Plaintiff's response/ Second Amended Complaint fails to give the Court any legal reason to sustain her objections; this pleading does not rationally address any of the issues in the Report and Recommendation. Nor does it cure any of the legal deficiencies in the Amended Complaint.

Consequently, Plaintiff has failed to raise any valid objections to the Report and Recommendation. Therefore, after independent review of the record and upon consideration of

Judge Snyder's Report and Recommendation, the Court adopts the Report and Recommendation in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted and incorporated by reference.

2. The Complaint is **DISMISSED** and the clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of June 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record